United States Bankruptcy Court
District of Puerto Rico

In re:                                                                Case No. 17-03565-ESL
MYRNA LETICIA LOPEZ ALICEA                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0104-3        User: colont          Page 1 of 1           Date Rcvd: Aug 03, 2017
                            Form ID: ogmf         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2017.
db          +MYRNA LETICIA LOPEZ ALICEA,   RR 1 Box 2391,   CIDRA, PR 00739-9856

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: laura.velez@firstbankpr.com Aug 03 2017 19:26:15     FIRSTBANK PUERTO RICO,
             C/O MARIA M BENABE RIVERA ESQ,  PO BOX 9146,  SANTURCE, PR 00908-0146
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2017 at the address(es) listed below:
              ALEJANDRO  OLIVERAS RIVERA    aorecf@ch13sju.com
              ALEJANDRO  OLIVERAS RIVERA (ENO)    on behalf of Trustee ALEJANDRO  OLIVERAS RIVERA
               aorecf@ch13sju.com
              MARIA MERCEDES BENABE RIVERA    on behalf of Creditor    FIRSTBANK PUERTO RICO
               fblegalcounseling@firstbankpr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor MYRNA LETICIA LOPEZ ALICEA
               cmecf@rfclawpr.com, G9942@notify.cincompass.com
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**MYRNA LETICIA LOPEZ ALICEA**
**aka MYRNA LOPEZ**

xxx–xx–2145

Debtor(s)

Case No. **17–03565 ESL**

Chapter **13**

**FILED & ENTERED ON 8/3/17**

*ORDER*

The motion filed by FIRSTBANK PUERTO RICO requesting to quash intention to pay Value of Collateral without Due Process (docket #10) is hereby granted . However, see motion for cramdown filed on August 1, 2107 (dkt. #13).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 3, 2017 .

Enrique S. Lamoutte
United States Bankruptcy Judge