IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 17-03565 ESL |
| MYRNA LETICIA LOPEZ ALICEA | * | CHAPTER 13 |
| DEBTOR_____ | * | |

### DEBTOR'S NOTICE OF FILING OF *AMENDED SCHEDULE "A/B"* OFFICIAL FORM 106A/B

**TO THE HONORABLE COURT:**

     **COMES NOW, MYRNA LETICIA LOPEZ ALICEA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

     1. The Debtor is hereby submitting **Amended Schedule "A/B"** dated August 14, 2017, herewith and attached to this motion.

     2. The amendment to Schedule "A/B" is filed to **specifically amend Part I Section 1.1 to reflect that the Debtor's ownership interest in her residence is that of owner of a "house structure/no title", pursuant to a *Trustee's Motion to Dismiss*, at paragraph 2.e., Docket No. 12, which required the Debtor "…to clarify debtor's interest over the residence"**, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedule "A/B"
Case no. 17-03565 ESL

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 14th day of August, 2017.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case and this filing:

Debtor 1: **MYRNA LETICIA LOPEZ ALICEA**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number: **3:17-bk-3565**

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2
   ☒ Yes. Where is the property?

1.1

**RABANAL WARD ROAD 173 Km 1.0 PARCELAS**
Street address, if available, or other description

**CIDRA**  **PR**  **00739**
City / State / ZIP Code

**CIdra**
County

What is the property? Check all that apply
☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$15,000.00**
Current value of the portion you own? **$15,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**House Structure/No Title**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

The debtor owns a house structure built on the roof of real property owned by parents; this house structure has three (3) bedrooms and two (2) bathrooms; the debtor estimates that the cost incurred by the debtor to purchase the building materials used to build this structure is $15,000.00.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................=>   **$15,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1    ALICEA, MYRNA LETICIA LOPEZ      Case number *(if known)*   3:17-bk-3565

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: Mitsubishi
Model: Outlander
Year: 2006
Approximate mileage:
Other information:
> The debtor has a "bare title" duly registered at the DTOP to this motor vehicle since the same was transferred in October/2014 to her ex-consensual spouse who has the possession and is the legal owner of this vehicle.

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $1.00
Current value of the portion you own? $1.00

3.2 Make: Mitsubishi
Model: Lancer
Year: 2013
Approximate mileage:
Other information:

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $10,493.00
Current value of the portion you own? $10,493.00

3.3 Make: Hyundai
Model: Excel
Year: 1994
Approximate mileage: 142000
Other information:

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $2,371.00
Current value of the portion you own? $2,371.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>    **$12,865.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....
   | Household goods and furnishings |    $2,000.00

Debtor 1 ALICEA, MYRNA LETICIA LOPEZ    Case number *(if known)* 3:17-bk-3565

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ■ No
   ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Clothing and personal effects | $600.00 |
    |---|---|

12. **Jewelry**
    *Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................    **$2,600.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples*: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.............................................................................................................

17. **Deposits of money**
    *Examples*: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.....................   Institution name:

Debtor 1 ALICEA, MYRNA LETICIA LOPEZ                                    Case number *(if known)* 3:17-bk-3565

| | | | | |
|---|---|---|---|---|
| | 17.1. | Checking Account | Banco Popular de PR<br>Checking Acct # x6800 | $0.43 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
          Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
          Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................       Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                              Current value of the
                                                                                portion you own?
                                                                                Do not deduct secured
                                                                                claims or exemptions.

Debtor 1    ALICEA, MYRNA LETICIA LOPEZ      Case number *(if known)*   3:17-bk-3565

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☐ No
    ☒ Yes. Give specific information......

    | ASUME balance owed on DSO | Support | $1,657.00 |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:      Beneficiary:      Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ☒ Yes. Give specific information..

    | Debtor has a 1/3rd of 50% hereditary interest in Sucesion Dionisio Lopez; other 50% is owned by widow; this is a residential real property consisting of two(2) bedrooms and one (1) bathroom located at Rabanal Ward Parcelas La Milagrosa #294 Cidra PR 00739; the property value is estimated in the sum of $60,000.00; the Debtor estimates the value of her hereditary interest is $9,300.00 | $6,975.00 |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................................    **$8,632.43**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☒ No Go to Part 6
    ☐ Yes. Go to line 38.

Official Form 106A/B      Schedule A/B: Property      page 5
Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    ALICEA, MYRNA LETICIA LOPEZ      Case number *(if known)*   3:17-bk-3565

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   - ■ No Go to Part 7
   - ☐ Yes Go to line 47

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................    $0.00

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............................................................................................    $15,000.00
56. Part 2: Total vehicles, line 5    $12,865.00
57. Part 3: Total personal and household items, line 15    $2,600.00
58. Part 4: Total financial assets, line 36    $8,632.43
59. Part 5: Total business-related property, line 45    $0.00
60. Part 6: Total farm- and fishing-related property, line 52    $0.00
61. Part 7: Total other property not listed, line 54    +    $0.00

62. Total personal property. Add lines 56 through 61...    $24,097.43    Copy personal property total    $24,097.43

63. Total of all property on Schedule A/B. Add line 55 + line 62    $39,097.43

**Fill in this information to identify your case:**

Debtor 1: MYRNA LETICIA LOPEZ ALICEA
First Name    Middle Name    Last Name

Debtor 2 (Spouse if, filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:17-bk-3565

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ MYRNA LETICIA LOPEZ ALICEA            X _____
Signature of Debtor 1                         Signature of Debtor 2

Date August 14, 2017                         Date _____

```
Label Matrix for local noticing        FIRSTBANK PUERTO RICO              US Bankruptcy Court District of P.R.
0104-3                                 C/O MARIA M BENABE RIVERA ESQ      Jose V Toledo Fed Bldg & US Courthouse
Case 17-03565-ESL13                    PO BOX 9146                        300 Recinto Sur Street, Room 109
District of Puerto Rico                SANTURCE, PR 00908-0146            San Juan, PR 00901-1964
Old San Juan
Mon Aug 14 12:15:59 AST 2017

Caribbean Finance                      Claro                              Commoloco Inc.
PO Box 192388                          PO Box 360998                      PO Box 71325
San Juan PR, 00919-2388                San Juan, PR  00936-0998           San Juan, PR  00936-8425



FIRST BANK                             Islandfin                          OASIS FINANCIAL SERVICES
CONSUMER SERVICE CENTER                PO Box 71504                       PO BOX 1011
BANKRUPTCY DIVISION -CODE 248          San Juan, PR  00936-8604           BAYAMON PR 00960-1011
PO BOX 9146, SAN JUAN PR 00908-0146



ALEJANDRO OLIVERAS RIVERA              MONSITA LECAROZ ARRIBAS            MYRNA LETICIA LOPEZ ALICEA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS     OFFICE OF THE US TRUSTEE (UST)     RR 1 Box 2391
PO BOX 9024062                         OCHOA BUILDING                     CIDRA, PR 00739-9856
SAN JUAN, PR 00902-4062                500 TANCA STREET  SUITE 301
                                       SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO          End of Label Matrix
PO BOX 186                             Mailable recipients    12
CAGUAS, PR 00726-0186                  Bypassed recipients     0
                                       Total                  12
```