IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER: <br><br> MYRNA L LOPEZ ALICEA <br> Debtor(s) <br><br> FIRSTBANK PUERTO RICO <br> Movant | CASE NO.: 17-03565 (ESL) <br><br> CHAPTER 13 <br><br> (X) An action against the State under Title 11 USC §1307(c) (1) and §1307(c) (6), Title 11 USC §1326 |

**MOTION TO DISMISS**

TO THE HONORABLE COURT:

Comes now Movant, **FIRSTBANK PUERTO RICO**, through its undersigning attorney, and very respectfully ALLEGES, STATES and PRAYS:

1. This Honorable Court have jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §1307(c) (1), (4) and (6), on Conversions and Dismissals, Title 11 USC 1325 (a) (1) and (6) on Code Requirements and Feasibility, Title 11 USC §1326 (a) (1) (A), on Payments in Thirty days, and Title 11 USC §1329 (b) (1) on Modification of Plan After Confirmation.

2. Debtor filed a bankruptcy case under chapter 13 back on May 22, 2017. See, Bkcy Dck no 1

3. MOVANT, standing to address this court is ascertained as filed a secure lien proof of claim, on a personal security loan, with an outstanding debt of $16,524.84, under account no 1665. See, Clm. Reg. 1

4. As of to October 3, 2017, and prior to the Confirmation Hearing, debtor(s) already have the following installments owed to the chapter 13: $650.00, for TWO (2) months in arrears. This evidences none compliance with the requirements under 11 USC §1325 (a) (6) on feasibility test, which is a confirmation requirement under 11 USC §1325 (a) (1) on compliance with all her duties under the Code, 11 USC §1326 (a) (1) (A) on compliance with payments amounts proposed under the plan not later than 30 days after the date of filing, and Title 11 USC §1329 (b) (1) on Modification of Plan After Confirmation, and the applicability of sections 1322 (a) and (b), and sections 1323 (c ); and requirements under 11 USC 1325 (a), which are applicable under subsection (a) of 11 USC 1329. See, Attachment A

5. Under the terms of the proposed plan dated August 14, 2017 debtor(s) should have started to make continues direct payments since June 22, 2017, and as evidenced herein; the debtor(s) have failed to do so. See, Bkcy Dck 1, and 19.

6. Pursuant to the Service Members Civil Relief Act: - the data banks of the Department of the Defense Manpower Data Center confirmed that the debtor(s) is (are) not member(s) of the Uniformed Services (US Armed Forces, Navy, Marine Corps, Air Force, NOAA, Public Health, and Cost Guard.) See, Attachment B

For the reasons stated above, MOVANT respectfully request from this Court to enter an order dismissing the present case pursuant Title 11 USC §1307(c)(1) on *Unreasonable delay by debtor that is prejudicial to Creditors,* (5) *denial of confirmation of a plan under 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan,* 11 USC §1326 (a) (1) *Unless the court orders otherwise, the debtor shall commence making the payments proposed by a plan within 30 days after the plan is filed, payments not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier,* and ~~(6) on *Material default by the debtor with respect to a term of a confirmed plan,*~~ and ~~Title 11 USC~~

Case no. 17-03565 [ESL]
FIRSTBANK Puerto Rico
Page 2 of 2

2

§1324 (b) *on hearing of confirmation that shall to be held not earlier than 20 days and not later than 45 days after the date of the meeting of creditors under section 341 (a)*. See also, on Dismissal for cause: In re Howard, 284 F3d 320 (1st Cir. 2002) and In re Roberts, 279 F3d 91 (1st Cir. 2002)

*The aforementioned request of dismissal is based on congressional intent to prevent bankruptcy abuse*

## NOTICE

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.
Puerto Rico Local Bankruptcy Rule 9013-1(h)

In San Juan, Puerto Rico, on October 10, 2017

## CERTIFICATE OF SERVICE

**I hereby certify** that a copy was served by CM/ECF at the authorized address: - to all creditors, - to Atty. Alejandro Oliveras // Atty. José Carrión Morales, as Chapter 13 Trustee, and - to the attorney of the debtor(s) ROBERTO FIGUEROA CARRASQUILLO, and to debtor(s) by regular mail at the address on record, MYRNA L LOPEZ ALICEA, at RR 1 BOX 2391, CIDRA, PUERTO RICO 00739.

BY: /s/ María M. Benabe Rivera
María M. Benabe Rivera
Attorney for Movant - US - DC 208906
Maricarmen Colón Díaz – US – DC 211410
FIRSTBANK Puerto Rico
Centro de Servicios al Consumidor – Código 248
1130 Muñoz Rivera Ave., Rio Piedras, P R
PO Box 9146, San Juan, PR 00908-0146
maria.benabe@firstbankpr.com
(787)729-8135 / (787)729-8276 / [Rev.07/06/2016]

2

# FIRSTBANK

## Analysis Sheet to Determine Arrears to Trustee

| | |
|---|---|
| In Re | : MYRNA L LOPEZ ALICEA |
| Case Number | : 17-03565 |
| Account Number | : 1667 (AUTO) |
| Date of File | : 05/22/2017 |
| Amount of Proof of Claim | : 16,524.84 |
| Plan | : 325 X 60(19,500) |
| Monthly Payment of | : 325 |
| Pass term | : 4 |
| Should have paid in | : 1,300 |
| Total paid in to plan | : 650 |
| Amount in Arrears | : 650 (2 ARREARS) |
| Printed on | : 10/03/2017 |
| Prepared by | : Marta Ríos |

Attachment -A

**PRINT INQUIRY**  17-03565-ESL   MYRNA LETICIA LOPEZ ALICEA

Trustee: ALEJANDRO OLIVERAS RIVERA   Attorney: ROBERTO FIGUEROA CARRASQUILLO*

$325.00 MO   Bar Date(s): 9/19/2017 (has passed) 11/18/2017
Confirmed: Not Confirmed
Case Status: ACTIVE

### Debtor Pay Schedules

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 6/21/2017 | 60.00 | $325.00 | MONTHLY | MYRNA LETICIA LOPEZ ALICEA | 5/25/2017 | |
| 6/21/2022 | end of plan | $0.00 | MONTHLY | MYRNA LETICIA LOPEZ ALICEA | 5/25/2017 | |

### Forgive Information

| Date | Amount | Description |
|---|---|---|

### Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/21/2017 | 7/20/2017 | $325.00 | $325.00 |
| 2 | 7/21/2017 | 8/20/2017 | $325.00 | $650.00 |
| 3 | 8/21/2017 | 9/20/2017 | $325.00 | $975.00 |
| 4 | 9/21/2017 | 10/20/2017 | $325.00 | $1,300.00 |
| 5 | 10/21/2017 | 11/20/2017 | $325.00 | $1,625.00 |
| 6 | 11/21/2017 | 12/20/2017 | $325.00 | $1,950.00 |
| 7 | 12/21/2017 | 1/20/2018 | $325.00 | $2,275.00 |
| 8 | 1/21/2018 | 2/20/2018 | $325.00 | $2,600.00 |
| 9 | 2/21/2018 | 3/20/2018 | $325.00 | $2,925.00 |
| 10 | 3/21/2018 | 4/20/2018 | $325.00 | $3,250.00 |
| 11 | 4/21/2018 | 5/20/2018 | $325.00 | $3,575.00 |
| 12 | 5/21/2018 | 6/20/2018 | $325.00 | $3,900.00 |
| 13 | 6/21/2018 | 7/20/2018 | $325.00 | $4,225.00 |
| 14 | 7/21/2018 | 8/20/2018 | $325.00 | $4,550.00 |
| 15 | 8/21/2018 | 9/20/2018 | $325.00 | $4,875.00 |
| 16 | 9/21/2018 | 10/20/2018 | $325.00 | $5,200.00 |
| 17 | 10/21/2018 | 11/20/2018 | $325.00 | $5,525.00 |
| 18 | 11/21/2018 | 12/20/2018 | $325.00 | $5,850.00 |
| 19 | 12/21/2018 | 1/20/2019 | $325.00 | $6,175.00 |
| 20 | 1/21/2019 | 2/20/2019 | $325.00 | $6,500.00 |
| 21 | 2/21/2019 | 3/20/2019 | $325.00 | $6,825.00 |
| 22 | 3/21/2019 | 4/20/2019 | $325.00 | $7,150.00 |
| 23 | 4/21/2019 | 5/20/2019 | $325.00 | $7,475.00 |
| 24 | 5/21/2019 | 6/20/2019 | $325.00 | $7,800.00 |
| 25 | 6/21/2019 | 7/20/2019 | $325.00 | $8,125.00 |
| 26 | 7/21/2019 | 8/20/2019 | $325.00 | $8,450.00 |
| 27 | 8/21/2019 | 9/20/2019 | $325.00 | $8,775.00 |
| Total | | | | $8,775.00 |

### Payments Expected for Step 2:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 6/21/2022 | 7/20/2022 | $0.00 | $0.00 |
| Total | | | | $0.00 |

### Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 6/2017 | $325.00 | $325.00 | | $0.00 |
| 2 | 7/2017 | $325.00 | | | $325.00 |
| 3 | 8/2017 | $325.00 | $325.00 | | $325.00 |
| 4 | 9/2017 | $325.00 | | | $650.00 |
| 5 | 10/2017 | | | | $650.00 |

**Total Delinquent Amount: $650.00**

Department of Defense Manpower Data Center　　　　　　　　　　　　Results as of : Oct-06-2017 12:09:45 PM

SCRA 4.0



## Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | |
| Birth Date: | Feb-XX-1976 |
| Last Name: | LOPEZ - ALICEA |
| First Name: | MYRNA |
| Middle Name: | L |
| Status As Of: | Oct-06-2017 |
| Certificate ID: | 6NWZGIOZ46BOCVN |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

*Attachment - B*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-03565-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Oct  3 12:34:08 AST 2017 | FIRSTBANK PUERTO RICO<br>C/O MARIA M BENABE RIVERA ESQ<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Caribbean Finance<br>PO Box 192388<br>San Juan PR, 00919-2388 | Claro<br>PO Box 360998<br>San Juan, PR  00936-0998 | Commoloco Inc.<br>PO Box 71325<br>San Juan, PR  00936-8425 |
| FIRST BANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -CODE 248<br>PO BOX 9146, SAN JUAN PR 00908-0146 | Islandfin<br>PO Box 71504<br>San Juan, PR  00936-8604 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | OASIS FINANCIAL SERVICES<br>PO BOX 1011<br>BAYAMON PR 00960-1011 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901 | MYRNA LETICIA LOPEZ ALICEA<br>RR 1 Box 2391<br>CIDRA, PR 00739-9856 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14